**United States Bankruptcy Court**
**Central District of California, Santa Ana Division**

IN RE:                                                                                          Case No. __SA06-11463-JR__

__Basith, Mohammad A & Basith, Meher__                                      Chapter __7__
                           Debtor(s)

## AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $26 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ____ No _✓_

Indicate below which schedule(s) is(are) being amended.

A _____ B _____ C _____ D _____ E _____ F _____ G _____ H _____ I _____ J _____

Statement of Affairs __XXX__    Statement of Intentions _____    Other _____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

*** FOR COURT USE ONLY ***

Date: __10/25/06__

Signature: X _____
                                                                    *Debtor*

FILED
OCT 3 1 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

Signature: X __Meher Basith__
                                                        *(Joint Debtor, if any)*



AMENDED SCHEDULES OR DOCUMENTS

United States Bankruptcy Court
**Central District of California, Santa Ana Division**

IN RE:                                                                                          Case No. <u>SA06-11463-JR</u>

<u>Basith, Mohammad A & Basith, Meher</u>                                                       Chapter <u>7</u>
Debtor(s)

# AMENDED STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

<sup>None</sup> ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 108,907.00 | 2006 YTD Employment Income |
| 190,000.00 | 2005 Employment Income |
| 0.00 | 2005 Business Income |
| 0.00 | 2004 Business Income |

**2. Income other than from employment or operation of business**

<sup>None</sup> ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

<sup>None</sup> ☑ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Singhal v. Basith NC037247 | Complaint | Superior Court of California Copunty of Los Angeles | Pending |
| North Tustin Plaza, Inc. v. Ali Ahmad and Mohammad Basith 05CL07427 | Unlawful detainer lawsuit | Superior Court of California County of Orange | Pending |
| Prithvi Singh Dhani v. Ali Ahmad, et al 05CC10078 | Complaint for money | Superior Court of California County of Orange | Pending |
| Regency Centers, L.P. v. Mohammad Basith dba The Coffee Beanery 06CC00906 | Complaint for unlawful detainer | Superior Court of California Couty of Orange | Pending |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| King & Associates<br>315 W. Arden Ave., Suite 28<br>Glendale, CA 91203 | | 4,500.00 |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Gateway Business Bank<br>18000 Studebaker Rd Suite 550<br>Cerritos, CA 90703 | 7/26/2006 | **Please see attached explanation from debtor** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

AMENDED STATEMENT OF FINANCIAL AFFAIRS

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| The Coffee Beanery - Sumik, Inc | | 105 W Lambert Rd Ste C Brea, CA 92821 | Coffee shop | 6/2004 to 6/2006 |
| Hollywood Bollywood Restaurant - Monick | | 1840 N. Tustin Orange, CA 92865 | Restaurant | 2/2004 to 1/2006 |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

AMENDED STATEMENT OF FINANCIAL AFFAIRS

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: _____    Signature _____
of Debtor                                                                                               **Mohammad A Basith**

Date: _____    Signature _____
of Joint Debtor                                                                                         **Meher Basith**
(if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

**AMENDED STATEMENT OF FINANCIAL AFFAIRS**

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: 10-26-06    Signature of Debtor _____  **Mohammad A Basith**

Date: 10.26.06    Signature of Joint Debtor (if any) _____  **Meher Basith**

_____0 continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

AMENDED STATEMENT OF FINANCIAL AFFAIRS

October 24, 2006

To Whom It May Concern:

Re: The explanation of $100,000 to Gateway Bank.

As my business was in a very bad shape and losing huge money every month, I was 5 payments behind on my SBA Loan through Gateway Bank of $5700 each, and They had a Lien on my house, which was my primary residence. Because of the delinquency, they wanted to foreclose my property. I met them personally and wanted to know my options, they knew the situation of my business, that was not running good. They also knew that we had equity in our house, in order to avoid the foreclosure of our house I decided to refinance my house and give them my entire equity(they would not accept anything less). I did not want my family( wife and 2 kids) to suffer and be on the streets. Gateway Bank monitored the entire transaction with my mortgage broker and knew exactly where each dollar was being applied or who was being paid. Everything was paid through Escrow, enclose is a copy of the entire breakdown and the copy of the check for $100,000 paid to Gateway Bank.
Please let me know if there is any other information that is required from me.

Thanking You,

Yours truly,

Mohammad A Basith.
1, Burke
Irvine Ca 92620.



**FIDELITY NATIONAL TITLE COMPANY**
PAYOFF TRUST-MULTIPLE COUNTY LENDER
PROCESSING CENTER 92691
17542 EAST 17TH STREET, SUITE 300
TUSTIN, CA 92780
(714) 368-8600

COMERICA BANK
INGLEWOOD, CALIFORNIA
90-3782/1211

**095834**

ORDER NO.   0-090-39152399        July 26, 2006

ONE HUNDRED THOUSAND AND 00/100************************************  $

$*100,000.00*

6520015298  08-01-06  809  0209  01
PAYOFF TRUST - VOID AFTER 90 DAYS

PAY TO THE ORDER OF

GATEWAY BUSINESS BANK
18000 STUDEBAKER ROAD, SUITE 550
CERRITOS, CA  90703

TWO SIGNATURES REQUIRED

Loan No: 508184804

⑈095834⑈ ⑆121137522⑈ 189196805 7⑈    ⑈0010000000⑈

95834                                                                     CF

0300334334
>122242490<  ...409-1473
GATEWAY BUSINESS BANK
07312006  121100782

COMERICA
...DOC LA
...015298  08-01-06  809  0209  01

0210

**FIDELITY NATIONAL TITLE COMPANY**
PAYOFF TRUST-MULTIPLE COUNTY LENDER
PROCESSING CENTER 82591
17542 EAST 17TH STREET, SUITE 300
TUSTIN, CA 92780
(714) 188-8500

COMERICA BANK
INGLEWOOD, CALIFORNIA
90-3752/1211

**095834**

ORDER NO.    0-090-39152399    July 26, 2006

PAY ONE HUNDRED THOUSAND AND 00/100************************************    $ *100,000.00*

652015298  08-01-06  809  0209  01
PAYOFF TRUST - VOID AFTER 90 DAYS

TO THE ORDER OF
GATEWAY BUSINESS BANK
18000 STUDEBAKER ROAD, SUITE 550
CERRITOS, CA 90703

TWO SIGNATURES REQUIRED

Loan No: 888186884

⑈095834⑈ ⑆121137522⑆ 1891968057⑈    ⑆0010000000⑆

95834

**CK ESCROW CORPORATION**
18013 Sky Park Drive, Suite D
Irvine, CA 92614
(949)-271-3260 * Fax (949)-271-4706

## Estimated Borrower(s) Closing Statement
Dated As of 7/25/2006 10:11:55 AM

Closing Date:     8/7/2006

Escrow Statement of:

Borrower(s):
Mohammad A. Basith

Escrow No:    5752 - SB

Escrow Officer:   Sara Bandle

Property Address:  1 Burke Irvine, CA 92620

| | From | To | DEBITS | CREDITS |
|---|---|---|---|---|
| New 1st Trust Deed to: Master Financial, Inc | | | | $ 828,000.00 |
| **Title Charges** | | | | |
| Endorsements | | | | |
| Sub Escrow Fee | | | $ 200.00 | |
| Courier/Wire Fee | | | $ 125.00 | |
| Lenders For $828,000.00 | | | $ 60.00 | |
| 1st Half Tax | | | $ 1,600.00 | |
| 2nd Half Tax | | | $ 2,474.15 | |
| | | | $ 2,484.15 | |
| **Recording Charges** | | | | |
| RECONVEYANCE | | | $ 75.00 | |
| DEED OF TRUST | | | $ 100.00 | |
| **Escrow Charges** | | | | |
| Escrow Fee | | | $ 500.00 | |
| Messenger Fee | | | $ 25.00 | |
| **New Loan Charges** | | | | |
| 1st LOAN to: Master Financial, Inc | | | | |
| Interest @ $172.5000 | 7/16/2006 | 8/1/2006 | $ 2,415.00 | |
| Loan Origination Fee To Century West Home Loans | | | $ 24,901.27 | |
| Lender Fee To Master Financial, Inc | | | $ 895.00 | |
| Credit Report Fee To Century West Home Loans | | | $ 15.50 | |
| YSP To (POC) # 8280.00 | | | | |
| Credit Report Fee To (POC) $ 13.50 | | | | |
| Flood Certification To (poc) $ 19.00 | | | | |
| **Loan Payoff** | | | | |
| Payoff 1st Trust Deed to: Wells Fargo | | | $ 519,587.52 | |
| Demand Fee | | | $ 30.00 | |
| Misc. Payoff Charge | | | $ 11.00 | |
| Interest | | | $ 6,556.16 | |
| Payoff 2nd Trust Deed to: Gateway Business Bank | | | $ 100,000.00 | |
| Payoff 3rd Trust Deed to: First Financial | | | $ 148,899.79 | |
| Reconveyance Fee | | | $ 34.00 | |
| Demand Fee | | | $ 30.00 | |
| Early Termination | | | $ 260.00 | |
| Misc. Payoff Charge | | | $ 15.00 | |
| Payoff 4th Trust Deed to: Richard Seide | | | $ 15,000.00 | |
| **Additional Disbursements** | | | | |
| Hazard Insurance To Rima Joseph | | | $ 598.28 | |
| Notary To ASSIGNED NOTARY | | | $ 200.00 | |
| **Balance Due You** | | | $ 917.88 | |
| *Totals* | | | $ 828,000.00 | $ 828,000.00 |

_____
Mohammad A. Basith

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA    )
COUNTY OF LOS ANGELES  )  ss:

JAZZ VENTURA certifies and declares as follows:

I am over the age of 18 and not a party to this action; my business address is 315 W. Arden Ave., Suite 28, Glendale, California 91203, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 30, 2006 my place of business at Glendale, California, a copy of the attached document: **AMENDED SCHEDULES** were placed in a sealed envelope(s), with postage fully prepaid, addressed to:

Thomas H. Casey
**Chapter 7 Trustee**
22342 Avenida Empresa
Suite #260
Rancho Santa Margarita, CA 92688

[X] **SEE ATTACHED SERVICE LIST**

and that the envelope(s) was placed for collection and mailing on that date following ordinary business practices.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 30, 2006 at Glendale, California.

_____
Jazz Ventura

1

```
Label Matrix for local noticing          Santa Ana Division                      AAA FINANCIAL SERVICES
0973-8                                   411 West Fourth Street, Suite 2030      P.O. BOX 15137
Case 8:06-bk-11463-JR                    Santa Ana, CA 92701-4593                WILMINGTON, DE 19886-5137
Central District Of California
Santa Ana
Wed Sep 13 14:32:51 PDT 2006

ACTION SALES FOOD SERVICE                ADT SECURITY SERVICES                   AMERICAN EXPRESS
415 S. ATLANTIC BLVD                     P.O. BOX 371956                         P.O. BOX 0001
MONTEREY PARK, CA 91754                  PITTSBURGH, PA 15250-7956               LOS ANGELES, CA 90096


AT&T                                     BANK OF AMERICA                         BANK OF AMERICA
PAYMENT CENTER                           ALASKA AIRLINES VISA                    P.O. BOX 1598
SACRAMENTO, CA 95887-0001                P.O. BOX 1390                           NORFOLK, VA 23501
                                         NORFOLK, VA 23501


CHASE                                    CHEVRON/TEXACO                          CITI CARDS
P.O. BOX 94014                           P.O. BOX 2001                           P.O. BOX 6407
PALATINE, IL 60094                       CONCORD, CA 94529-0001                  THE LAKES, NV 89163-6407


CITI CARDS                               CRATON & SWITZER, LLP                   CREDIT COLLECTION SERVICES
P.O. BOX 6408                            100 OCEANGATE SUITE 1200                FOR HARTFORD
THE LAKES, NV 88901-6408                 LONG BEACH, CA 90802-4324               TWO WELLS AVENUE
                                                                                 NEWTON, MA 02459


DAVID SCHONFELD, ESQ.                    DIRECT MERCHANTS BANK                   DISCOVER FINANCIAL SERVICES LLC
FOR BBHBREA, LLC                         P.O. BOX 22128                          PO BOX 8003
801 E. CHAPMAN AVENUE SUITE 214          TULSA, OK 74121-2128                    HILLIARD OH 43026-8003
FULLERTON, CA 92831


DISNEY'S VISA CREDIT CARD                DMX MUSIC                               DOMSUEMOR, INC
CARDMEMBER SERVICE                       600 CONGRESS AVENUE SUITE 1400          1555A PARK AVENUE
P.O. BOX 94014                           AUSTIN, TX 78701                        EMERYVILLE, CA 94608
PALATINE, IL 60094-4014


ELAINE MENDLOVITZ, ESQ.                  ERNIE ZACHARY PARK, ESQ.                FIRST FINANCIAL CREDIT UNION
FOR BHUPENDRA SINGHAL                    FOR REGENCY CENTERS, L.P.               1616 WEST CAMERON AVENUE
4010 WATSON PLAZA DRIVE #100             13215 E. PENN STREET SUITE 510          WEST COVINA CA
LAKEWOOD, CA 90712                       WHITTIER, CA 90602-1797                 91790-2714


GATEWAY BUSINESS BANK                    GM CARD                                 HOSPITALITY DATA SYSTEMS
18000 STUDEBAKER RD SUITE 550            CARDMEMBER SERVICES                     9 JUNCTION DRIVE WEST SUITE 7
CERRITOS, CA 90703                       P.O. BOX 60119                          GLEN CARBON, IL 62034
                                         CITY OF INDUSTRY, CA 91716-0119


HSBC CARD SERVICES                       KOHL'S PAYMENT CENTER                   LAW OFFICES OF BARRY SEROTA
P.O. BOX 17332                           P.O. BOX 30510                          ACCT# 116937654
BALTIMORE, MD 21297-1332                 LOS ANGELES, CA 90030-0510              P.O. BOX 1008
                                                                                 ARLINGTON HEIGHTS, IL 60006
```

MASTER FINANCIAL INC
P.O. BOX 1109
ORANGE, CA 92856-0109

MERVYN'S
P.O. BOX 960013
ORLANDO, FL 32896-0013

NISSAN INFINITI FINANCIAL SERVICES
P.O. 660364
DALLAS, TX 75266-0364


NISSAN INFINITI FINANCIAL SERVICES
P.O. BOX 660364
DALLAS, TX 75266-0364

OSI COLLECTION SERVICES INC
FOR ROADWAY EXPRESS
4165 E. THOUSAND OAKS BLVD
WESTLAKE VILLAGE, CA 91362-4029

OSTERGAR LAW GROUP, P.C.
FOR PRITHVI SIGHH DHANI
27101 PUERTA REAL SUITE 450
MISSION VIEJO, CA 92691


RAMCO REFRIGERATION
3921 E MIRALOMA AVENUE
ANAHEIM, CA 92806

RICHARD L. SEIDE, ESQ.
FOR NORTH TUSTIN PLAZA, INC
901 DOVE STREET SUITE 120
NEWPORT BEACH, CA 92660

ROBINSON'S MAY
P.O. BOX 94552
CLEVELAND, OH 44101-4552


SEVILLE PUBLISHING
5150 E LA PALMA AVENUE SUITE 106
ANAHEIM, CA 92807

SHIRLEY'S BAGEL'S ETC
270 E 17TH STREET
COSTA MESA, CA 92627

SOUTHERN CALIFORNIA EDISON
P.O. BOX 600
ROSEMEAD, CA 91771-0001


STATE OF CALIFORNIA SEC OF STATE
1500 11TH STREET
SACRAMENTO, CA 95814

SUNIL ROY VIJ
7121 EAST COUNTRY CLUB LANE
ANAHEIM, CA 92807

SYNTER RESOURCE GROUP, LLC
FOR ROADWAY EXPRESS
P.O. BOX 93151
CHICAGO, IL 60673


TARGET
P.O. BOX 9475
MINNEAPOLIS, MN 55459-0317

TESTA CONSTRUCTION INCORPORATED
2701 EAST CHAPMAN AVENUE #203
FULLERTON, CA 92831

THE COFFEE BEANERY LTD
3429 PIERSON PLACE
FLUSHING, MI 48433


UNITED MILEAGE PLUS
CARDMEMBER SERVICE
P.O. BOX 94014
PALATINE, IL 60094-4014

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593


WELLS FAGO BANK
1250 MONTEGO WAY
WALNUT, CA 94598

REQUEST FOR SPECIAL NOTICE
North Tustin Plaza, Inc
c/o Richard L. Seide, Esq.
901 Dove Street Suite 120
Newport, CA 92660

REQUEST FOR SPECIAL NOTICE
REGENCY CENTERS, LLC
c/o ERNIE ZACHARY PARK, ESQ.
13215 E. PENN STREET, SUITE 510
WHITTIER, CA 90602-1797


REQUEST FOR SPECIAL NOTICE
GATEWAY BUSINESS BANK
c/o SHANNON C. SWITZER, ESQ.
CRATON & SWITZER LLP
100 OCEANGATE, SUITE 1
Long Beach, CA 90802